UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

DAX D. DRONSO,

        Petitioner,

        v.         Case No. 05-C-0807

RANDALL HEPP,

        Respondent.

ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION ON PETITION FOR WRIT OF HABEAS CORPUS AND DISMISSING CASE

        This matter is before the court on the August 3, 2005, recommendation of United States Magistrate Judge William E. Callahan, Jr., that the plaintiff's petition for issuance of a writ of habeas corpus be denied and that this case be dismissed. No objections to the recommendation have been filed.

        If there is no objection or a partial objection, the district court reviews for clear error those portions of the recommendation as to which no issue is raised. 28 U.S.C. §§ 636(b)(1)(A) & (C); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The clear error standard is met only if the court is "left with the definite and firm conviction that a mistake has been made." *Weeks v. Samsung Heavy Indus. Co.*, 126 F.3d 926, 943 (7th Cir.1997).

        After review of the Judge Callahan's recommendation, the court finds no clear error and has no reason to conclude that a mistake has been made. Consequently,

IT IS ORDERED that Judge Callahan's recommendation is adopted as the decision of this court.

IT IS FURTHER ORDERED that this case is dismissed.

Dated at Milwaukee, Wisconsin, this 29th day of August, 2005.

BY THE COURT

s/Charles N. Clevert
C. N. CLEVERT, JR.
U. S. District Judge

This _____ day of _____, 2005, pursuant to Rule 77(d) Federal Rules of Civil Procedure, copies of this document were mailed by _____ to the following parties: